Alex R. Straus (SBN: 321366)
**WHITFIELD BRYSON LLP**
16748 McCormick Street
Los Angeles, CA 91436
Telephone:   917-471-1894
Facsimile:     310-496-3176
alex@whitfieldbryson.com

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NELLY LEONG | Case No. _____ |
| Plaintiff, | **COMPLAINT** |
| v. | DEMAND FOR JURY TRIAL |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | 1. Violation of the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 *et seq.* |
| Defendant. | 2. Age Discrimination in Violation of California Fair Employment and Housing Act, Cal. Gov't Code § 12900 *et seq* |

Plaintiff Nelly Leong, complaining of the acts of Defendant International Business Machines Corporation ("IBM"), alleges and states the following:

**INTRODUCTION**

1.      In January 2020, months after celebrating her 35th anniversary as an employee of IBM, sales representative Nelly Leong was assigned to all new accounts. She had spent years building client relationships and working large accounts, but IBM re-assigned her to many new clients with smaller accounts, such as retailers and farms. Those clients soon became some of the hardest hit economically by the COVID crisis.

2.      On June 18, 2020—only twelve days before the end of the sales period—IBM gave Ms. Leong a "Performance Improvement Plan" ("PIP"). The PIP identified six concrete goals that IBM was requiring Ms. Leong to hit in under two weeks; otherwise, she would be terminated. IBM management knew from weekly forecasting calls that the goals set forth in the PIP were unattainable. IBM terminated Ms. Leong when she failed to hit the metrics in the PIP.

3.      Ms. Leong was beyond surprised to receive this unattainable PIP, as she had been a very successful sales representative over her career at IBM. She routinely exceeded her sales quota and received high remarks on her annual performance reviews. And while her entire sales team's numbers were significantly down for the sales period (primarily due to COVID-19-related struggles for their accounts), she was the only sales representative put on a PIP.

4.      Ms. Leong is informed and believes that she was the oldest sales representative on her team.

5.      IBM did not terminate Ms. Leong because of her sales performance. IBM terminated her because of her age.

6.     For years now, IBM has been working to rid its workforce of older employees. These discriminatory practices have attracted the attention of journalists and the Equal Employment Opportunity Commission ("EEOC"). In August 2020, after an extensive investigation spanning two years, the EEOC formally announced that IBM has engaged in a pattern of age discrimination.[1]

## PARTIES

7.     Ms. Leong is a citizen of Palo Alto, California, residing in Santa Clara County.

8.     IBM is incorporated under the laws of the State of New York. IBM's principal place of business is in the State of New York, but IBM engages in substantial business in California.

## JURISDICTION AND VENUE

9.     Subject matter jurisdiction over this matter is conferred upon and vested in this Court under 28 U.S.C. § 1332. Supplemental jurisdiction over Ms. Leong's state law claims exists under 28 U.S.C. § 1367.

10.     This Court has personal jurisdiction over IBM because IBM conducts substantial business in this State and within the Northern District of California and receives substantial compensation and profits from the activities it undergoes in this District.

---

[1] *See The U.S. Equal Employment Opportunity Commission Confirms a Pattern of Age Discrimination at IBM*, ProPublica, https://www.propublica.org/article/the-u-s-equal-employment-opportunity-commission-confirms-a-pattern-of-age-discrimination-at-ibm.

11.     Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District.

12.     This action has been brought within all applicable statutes of limitation and/or repose.

## INTRADISTRICT ASSIGNMENT

13.     This action is properly assigned to the San Jose Division of this District pursuant to N.D. Cal. L.R. 3-2, because Plaintiff resides in Santa Clara County and IBM conducts substantial business in Santa Clara County which is served by this Division.

## FACTUAL ALLEGATIONS

### IBM's Discriminatory Scheme

14.     IBM's pattern of age discrimination has recently been a focus of journalists, courts across the country, and the Equal Employment Opportunity Commission. But the foundation for IBM's discriminatory practices began years ago.

15.     In 2014, IBM began reinventing itself in the age of the Millennial.

16.     IBM's reinvention and rebranding began when Chief Executive Officer Ginni Rometty was hired in 2012.

17.     IBM's reinvention and rebranding had two main objectives: (1) to transform IBM into a "Cognitive Solutions" company, invested in the Cloud, Analytic, Mobile, Security, and Social technology markets ("CAMS"); and (2) to change the face of IBM. Changing the face of IBM entailed recruiting "digitally native" Millennials, which according to IBM were those individuals born after 1980.[2]

---

[2] *See*, *e.g.*, Transcript of Speech by Ginni Rommetty Delivered April 26, 2016, available at https://www.ibm.com/ibm/ginni/04_26_2016.html



18. At a 2014 conference entitled "Reinvention in the Age of the Millennial," IBM asserted that its "future growth will be influenced by the values system of Millennials[.]"[3]

19. Millennials represent a "trillion dollar market"—which could translate into "billions" of dollars in sales for IBM.[4]

20. IBM made it clear to Millennials that IBM wanted to hire them. For example, IBM published an article "Millennials: How IBM can effectively attract, engage and retain this emerging generation."[5]



---

[3] *See Reinvention in the Age of the Millennial*, IBM Center for Applied Insights Blog published December 16, 2014, accessed at https://ibmcai.com/2014/12/16/reinvention-in-the-age-of-the-millennial/.

[4] *Marketing and the Millennial Mindset – An Interview with IBM's Samantha Klein*, The Marketing Journal, June 3, 2016, available at https://www.marketingjournal.org/marketing-and-the-millennial-mindset-an-interview-with-ibms-samantha-klein/.

[5] *Id.*

1    21.    IBM also created an "Early Professional" hiring program, targeting

2    young professionals and enticing them to come work at IBM rather than competitor

3    companies.[6]

4    22.    "Mindshare converts to marketshare," IBM wrote, and IBM's

5    "leadership in millennial engagement is the ideal value proposition for generating

6    CAMS pipeline, which is driven by Millennial traits."[7]

7    23.    IBM also represented that "millennial employees are your most valuable

8    and accessible asset when it comes to successfully marketing your business to the

9    millennial generation."[8]

10    24.    IBM also used social media to connect with millennials. IBM created a

11    Twitter hashtag, #IBMillennial, to ensure all millennial-related content and

12    recruitment was congregated on one page. This hashtag was often used in tweets that

13    praised Millennials or provided links to stories encouraging Millennials to come work

14    for IBM.

---

[6] *IBM's New Team to Focus on Millennials*, Business Standard, May 31, 2016, accessed at https://www.business-standard.com/article/companies/ibm-s-new-team-to-focus-on-millennials-116053000677_1.html.

[7] *"Marketing and the Millennial Mindset" – An Interview with IBM's Samantha Klein*, The Marketing Journal, June 3, 2016, available at https://www.marketingjournal.org/marketing-and-the-millennial-mindset-an-interview-with-ibms-samantha-klein/.

[8] *Id.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**Cheya Cunanan** @cheyatweets · 30 Jun 2016

"We are the future, so we're building the company we want to lead"
@sarahwarsaw #**IBMillennial** #millennial #FF2020



**12 reasons why working for a global company is really amazing**

By Sarah Warsaw On the plane home from New York recently, I looked back
at all the notes and comments I'd written down from the week. My favouri...

blog.ibm.jobs

  4

**IBM Social Business** @IBMSocialBiz · 28 May 2015

NEXT WEEK: Uncover the potential of the #millennial minded buyer at
#IBMDX15.

ibm.co/1IN0uA6
#IBMillennial



1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28






1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

25.     IBM also created its "Millennial Corps"—a group of more than 5,000 IBMers [from] all across the world where Millennial-age and Millennial-minded IBMers come together to share ideas, feedback, and suggestions, [and] really try[] to drive change within [IBM] as ultimately [they] are the future leaders of it."[9]

26.     In 2017, IBM launched its "You" Campaign, an international branding campaign portraying IBM as a youth-oriented tech company.[10] Images from this campaign are copied below.



_____

[9] *Inside IBM: Meet Sarah, a Millennial Corps member who works in Workforce Enablement*, available at https://www.youtube.com/watch?v=jUmULbTzKpE .
[10] *See Langley v. IBM*, 1:18-cv-00443(LY) Doc.#1 at 9 (W.D.T.X. May 25, 2018) citing https://www.ibm.com/thought-leadership/you/manifesto/.



27.     Looking at IBM's Career website "reveals its true culture," as IBM asserts: "[a]n organization's internal brand tells its story, and, in turn, reveals its true culture . . . . An organization's career site . . . should portray the company's internal brand." IBM's Career site includes images like the following to highlight its "true culture:"[11]



---

[11] Does your internal branding speak to your candidates? © Copyright IBM Corporation 2014, available at https://www-01.ibm.com/common/ssi/cgibin/ ssialias?htmlfid=LOS14030USEN



28.    IBM continues to highlight Millennials as its "true culture" on its Career website:[12]



---

[12] *See IBM Employment*, IBM, www.ibm.com/us-en/employment

29.   IBM's LinkedIn page highlights a similar age demographic:[13]



---

[13] *See*, https://www.linkedin.com/company-beta/1009/life/.

30.     IBM has devoted years and millions of dollars to cultivating a millennial focused hiring model and work environment.[14] All of the actions described above are meant to be illustrative, not exhaustive, and provide a history of IBM's actions over the last six years.

31.     IBM even went so far as to publish an article contrasting Millennials with Generation X and Baby Boomers.[15]

32.     IBM's branding message is clear: older employees are no longer welcome at IBM.

33.     IBM's age discrimination is not limited to recruitment.

34.     IBM has implemented reductions in force of its older employees to make room for its new wave of younger employees.

35.     Working at IBM for years does not save an employee from termination. IBM has terminated many individuals over 40 "Resource Actions,"—IBM's term for a reduction in force.[16] These reductions shielded younger employees from layoffs and targeted older employees.

36.     To avoid attracting attention to the age of the employees subjected to Resource Actions, IBM stopped requesting ADEA releases from terminated older

---

[14] *See, e.g.*, *17 IBM rock star employees that show the company's new direction*, The Business Insider, April 9, 2015, available at
http://www.businessinsider.com/ibm-rock-star-employees-2015-4.
[15] *See IBM Study: The Real Story Behind Millennials in the Workplace*, IBM, https://www-03.ibm.com/press/us/en/pressrelease/45904.wss
[16] *See, e.g.*, *IBM Age Discrimination Litigation: Estle, et al. v. Onternational Business Machines Corporation*, Cohen Milstein, https://www.cohenmilstein.com/case-study/ibm-age-discrimination-litigation-estle-et-al-v-international-business-machines

workers. This also helped IBM avoid maintaining records showing the number of older employees being terminated.[17]

37.    Although IBM stopped requesting releases of ADEA claims, it still required any older worker who accepted IBM's one-month severance offer to privately arbitrate their ADEA claims. This was also subject to limited discovery and a full waiver of the right to pursue or participate in a collective action under the ADEA.

38.    In 2018, following a lengthy investigation, journalists published an extensive report exposing how IBM targeted its older employees with layoffs and forced retirements to make room for the Millennials it desired to bring into its workforce.[18]

39.    This investigation found that 60% of the U.S. employees ousted by IBM in the previous five years were age 40 or over—individuals protected by federal discrimination law.

40.    Following the ProPublica report on IBM's practices of age discrimination, the EEOC launched an investigation in May 2018.[19]

41.    Other than a case in 2017, "this is the first age discrimination case the EEOC has gone the distance on in a long time[,]" which is an important distinction because "the EEOC is a small agency, and investigations are expensive and lengthy. There are few cases of any kind it pursues, but [the EEOC] took on IBM and

---

[17] *See IBM Halts Practice of Disclosing Ages of Fired Older Workers*, AARP Work Matters, May 12, 2014, available at http://blog.aarp.org/2014/05/12/ibm-halts-practice-ofdisclosing-fired-older-workers/.

[18] *See, CUTTING 'OLD HEADS' AT IBM*, March 22, 2018, available at https://features.propublica.org/ibm/ibm-age-discrimination-american-workers/.

[19] https://www.propublica.org/article/the-u-s-equal-employment-opportunity-commission-confirms-a-pattern-of-age-discrimination-at-ibm.

confirmed what [the journalists had already uncovered] – there was a deliberate pattern of systemic age discrimination."[20]

42.     In August 2020, the EEOC concluded its investigation.[21]

43.     The EEOC concluded that IBM engaged in systematic age discrimination between 2013 and 2018, the time period it investigated.

44.     The EEOC's letter to a group of ex-IBM employees stated that it "uncovered top-down messaging from (IBM's) highest ranks directing managers to engage in an aggressive approach to significantly reduce the headcount of older workers to make room for" younger workers.

45.     The EEOC found that more than 85% of those targeted for layoffs by IBM were older workers.

46.     The EEOC's decision may apply to more than 6,000 employees.

47.     Although the EEOC's investigation only spanned 2013 through 2018, IBM's discriminatory behavior has continued through 2020.

48.     In addition to targeting older workers through Resource Actions, many individuals over 40 have been subjected to arbitrary and impossible-to-satisfy performance improvement plans, which ultimately lead to their termination. *See*, *e.g.*, *Kinney et al v. International Business Machines Corporation*, No. 1:20-cv-00969-LY, Doc. #1 at 13-15 (W.D. Tex. Sept. 18, 2020).

---

[20] https://www.forbes.com/sites/sheilacallaham/2020/09/20/eeoc-finding-of-age-discrimination-against-ibm-signals-new-requisite-for-diversity-equity-and-inclusion/#69d885f53793
[21] https://www.propublica.org/article/the-u-s-equal-employment-opportunity-commission-confirms-a-pattern-of-age-discrimination-at-ibm.

49.   IBM even fired an executive who warned the company's superiors that IBM was leaving itself open to allegations of age discrimination based on its conduct.[22]

### Ms. Leong is a Victim of IBM's Discriminatory Practices

50.   In 1983, Ms. Leong joined IBM as a college intern.

51.   After earning her bachelor's degree, Ms. Leong began working for IBM as an industrial engineer. In 1987, she moved into a sales role with IBM in New York, NY.

52.   In 1996, after a brief stint in IBM's marketing department, Ms. Leong transitioned back into sales and began working for IBM in California.

53.   Since that time, Ms. Leong worked in various sales roles in California, routinely achieving great success and receiving high marks on her annual performance reviews.

54.   Throughout her career at IBM, Ms. Leong received numerous awards and recognitions, including:

    a.   She was named in 2012, 2013, 2016, and 2017 as a member of IBM's "100% Club," which recognizes sales employees who exceed their quota for both sales periods in a year;

    b.   In 2018, she was named "Best of IBM," which is an award that goes to the top 0.25% of IBM's employees;

---

[22] *See IBM Executive Says she was Told not to Disclose the Names of Employees Over age 50 Who'd Been Laid off,* ProPublica, https://www.propublica.org/article/ex-ibm-executive-says-she-was-told-not-to-disclose-names-of-employees-over-age-50-whod-been-laid-off

    c.  In 2018, she was awarded a 15% raise, far above the standard at IBM, in recognition of her performance and value to IBM; and

    d.  Her annual employment reviews were overwhelmingly positive every year.

55.     Ms. Leong formed meaningful relationships with the accounts she managed, which increased her likelihood of success as a sales representative in the future.

56.     The ability to work on accounts for a longer duration allows sales representatives to cultivate meaningful relationships, which ultimately relates to their success in this role.

57.     IBM's sales periods are broken into six-month blocks. The period from January 1 through June 30 is referred to as the First Half (or "1H"), and the period from July 1 through December 31 is referred to as the Second Half (or "2H").

58.     IBM assigned quotas to sales representative for each period. These quotas were based on the sales made on a representative's accounts in the previous year; a large sale on an account would lead to an increased quota the following year.

59.     In the First Half of 2019, Ms. Leong was the sole representative covering numerous accounts.

60.     In July 2019, at the beginning of the Second Half, IBM took Ms. Leong off the accounts she had spent substantial time cultivating.

61.     Despite the success she had achieved on these accounts and the meaningful relationships she had formed, Ms. Leong was assigned to two new roles over the following six months, each of which set her up for failure.

62.     The first role was in what is known as an overlay position. This meant that Ms. Leong no longer had dedicated accounts of her own. Instead, she supported the rest of her team in covering their accounts.

63.     She was told at the time that she was being assigned to this position because she was the most experienced in selling the products and would be able to help the entire team hit its sales goals by supporting them.

64.     When IBM moved Ms. Leong into this role, it hired a new sales representative to cover Ms. Leong's accounts. Ms. Leong believes the new sales representative that replaced her was at least 10 to 15 years younger than she was.

65.     Because she no longer had any dedicated accounts of her own and was only acting in a support role, Ms. Leong had little to no control over whether she actually hit her sales quota.

66.     Indeed, in this role, Ms. Leong was expressly prohibited from contacting accounts on her own and could only attend client meetings when brought in by her teammates.

67.     Ms. Leong's role was further limited in that she was only assigned to specific products within the territories of the other sales representative. Since the other representatives had broader product sets within their territories than what Ms. Leong was assign to, the other reps could close sales that helped them hit their numbers, but left Ms. Leong out in the dark with no way to close her own deals to meet her quota.

68.     At the beginning of 2020, Ms. Leong was again assigned to a new role.

69.     Starting in January, Ms. Leong was given a series of small accounts and forced yet again to form new business relationships.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

70.     Most of the accounts Ms. Leong received in this role were retailers and small farms selling to restaurants, and a few months later they were struggling as a result of the COVID-19 pandemic.

71.     Ms. Leong's new accounts also included food processors, an airline, and a travel company, all of which were also severely impacted by the COVID-19 pandemic and not interested in purchasing new products or services from IBM. Indeed, some of these accounts had massive layoffs of their employees and were on the verge of bankruptcy.

72.     More than 40% of Ms. Leong's new accounts were in Washington and Oregon, which were both substantially impacted by the pandemic for the majority of the 1H 2020 sales period.

73.     Despite all of this, Ms. Leong closed multiple deals in the 1H 2020 using her experience and creativity.

74.     During this period, Ms. Leong was on a sales plan named "SRAP," which stands for "Straight Rate Absolute Sales."

75.     The SRAP plan includes no quotas and no revenue targets. Instead, Ms. Leong was simply paid a percentage of the sales she closed.

76.     Ms. Leong participated in a forecast call with her manager each week during the 1H 2020.

77.     Ms. Leong's management team at IBM was aware of her sales and sales projections for the sales period.

78.     Despite 35 years of success as an IBM sales representative, Ms. Leong was notified in June 2020 that she would be required to engage in a Performance Improvement Plan ("PIP").

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

79.     Typically, an individual has at least one full sales period to meet the objectives outlined in a PIP. This makes sense, as the point is to give the employee a chance to improve his or her performance by achieving the goals in the PIP.

80.     Inexplicably, Ms. Leong was given twelve days instead of six months.

**Ms. Leong was Put on a Sham "Performance Improvement Plan" and Given 12 Days to Hit Metrics That Were Unattainable**

81.     On June 18, 2020, twelve days before the end of the incentive period, Ms. Leong received a phone call from her manager, Robert Cortez ("Mr. Cortez").

82.     During this phone call, Mr. Cortez informed Ms. Leong that she was being placed on a PIP at the direction of his boss, Todd Stacy.

83.     The PIP included six unrealistic targets that Ms. Leong was required to meet or else she would be terminated.

84.     The first target was that Ms. Leong needed to close $300,000 of revenue by June 30, 2020, which was 12 days after the PIP was initiated.

85.     The second target was that Ms. Leong needed to close $760,000 by July 22, 2020.

86.     Another of these targets was to build a $4.23 million pipeline. Although the PIP gave a deadline of "by July 22, 2020" for this metric to be satisfied, Mr. Cortez told Ms. Leong that the pipeline was for the second quarter, which was less than 2 weeks away from ending when her PIP was initiated.

87.     Because the PIP mandated specific revenue targets, it contradicted the SRAP Plan Ms. Leong was on at the time.

88.     Ms. Leong informed Mr. Cortez that the targets in the PIP appeared to be designed to be unachievable, to which Mr. Cortez replied that "that's how it is. It is all about the numbers."

89.     IBM informed Ms. Leong that she was given a PIP because her numbers were down.

90.     But the numbers of Ms. Leong's teammates were similarly down, and these other individuals were not given improvement plans.

91.     No other member of Ms. Leong's sales team was subjected to a PIP.

92.     Ms. Leong was the longest tenured IBM employee on her team, and the oldest.

93.     Additionally, Ms. Leong exceeded all but one objective on her 2019 assessment.

94.     On July 22, 2020, after Ms. Leong failed to hit the unattainable goals in the PIP, IBM terminated her.

95.     As of the date of her termination, Ms. Leong was 59 years old.

96.     As of the date of this Complaint, Ms. Leong is 59 years old.

97.     Ms. Leong has met all conditions precedent to the bringing of this action.

### Ms. Leong Was Forced Out of IBM Due to Her Age

98.     In October 2019, Sandy Florey, Ms. Leong's first line manager, and Todd Stacy, Ms. Leong's second line manager, publicized to the team that Ms. Leong was to be celebrated by her peers for 35 years of tenure at IBM.

99.     Upon information and belief, Ms. Florey and Mr. Stacey knew at least as early as the beginning of the 2H 2019 sales period (when Ms. Leong was first assigned to a new role) that she was celebrating her 35th anniversary with the company.

100.    Because her management team knew she had been at IBM for 35 years, they knew that she was likely in at least her late 50s.

## FIRST CLAIM FOR RELIEF
### Violation of the Age Discrimination in
### Employment Act of 1967, 29 U.S.C. § 621 *et seq.*

101.   Plaintiff re-alleges and incorporates the prior paragraphs of this Complaint as if fully set forth herein.

102.   At the time of her termination, Ms. Leong was 59 years old.

103.   On October 31, 2019, IBM announced Ms. Leong's 35th work anniversary at the company.

104.   IBM, and in particular, Ms. Leong's managers, were aware of Ms. Leong's age.

105.   Ms. Leong performed her job successfully during her lengthy time at IBM.

106.   Ms. Leong received high performance reviews, including in 2019, and was chosen for a special sales team.

107.   Ms. Leong was terminated in July 2020 because of her age.

108.   In 2019, Ms. Leong was replaced by a substantially younger employee, who was in her 30's or 40's.

109.   The overall circumstances of Ms. Leong's termination give rise to a strong inference of age discrimination.

   a.   Shortly after her work anniversary was announced, she was assigned to new accounts, with a lower chance of success.

   b.   Even though her bosses were aware of her forecasts, and even though no quotas were required under her SRAP plan, she was given a PIP twelve days prior to the end of the incentive period.

c.   The PIP itself included unattainable and unrealistic goals designed to ensure that Ms. Leong could not meet them and would be subsequently terminated.

110.   On October 8, 2020, Ms. Leong filed her Charge of Discrimination ("Charge") with the EEOC, which is a signed statement asserting that IBM engaged in employment discrimination and requesting the EEOC take remedial action.

111.   On the same day Ms. Leong filed her Charge with the California Department of Fair Employment and Housing.

112.   On October 8, 2020, the California Department of Fair Employment and Housing sent Ms. Leong her Right-to-Sue Notice.

113.   On December 7, 2020, 60 days passed from the date Ms. Leong filed her Charge with the EEOC.

114.   As a direct result of IBM's discrimination, Ms. Leong has been injured and suffered damages, including emotional distress and wage and benefits losses.

115.   As a direct result of IBM's pretextual criticisms of Ms. Leong's performance, including initiating a PIP that remains part of her employment record, Ms. Leong has lost earnings capacity.

**SECOND CLAIM FOR RELIEF**
**Age Discrimination in Violation of California Fair Employment and Housing Act, Cal. Gov't Code § 12900 *et seq.***

116.   Plaintiff re-alleges and incorporates the prior paragraphs of this Complaint as if fully set forth herein.

117.   Ms. Leong is 59 years old.

118.     IBM engaged in the conduct set forth above based, in part, on Ms. Leong's age.

119.     Specifically, IBM assigned her to new, small accounts to set her up for failure and instituted a PIP for Ms. Leong and not other similarly situated members of her team.

120.     IBM's conduct violates the California Fair Employment & Housing Act and has caused injury to Ms. Leong in that she is no longer employed at IBM after 35 years. Additionally, she is still unemployed and has been unable to find suitable employment to date.

121.     Ms. Leong is entitled to recover damages in the form of back pay and front pay, and for the emotional distress that IBM has caused her. She is also entitled to recover reasonable attorneys' fees, interest and costs, pursuant to the California Fair Employment & Housing Act.

122.     Ms. Leong has satisfied the requisite administrative requirements necessary in order to pursue to this action in court.

## PRAYER FOR RELIEF

WHEREFORE, Ms. Leong prays the Court for the following relief:

1.     That IBM be ordered to pay Ms. Leong back pay and benefits with interest and emotional distress damages;

2.     That IBM be ordered to reinstate Ms. Leong to her former position with all lost pay and benefits, seniority, and promotions;

3.    That IBM be required to pay Ms. Leong front pay and benefits in the event reinstatement does not occur;

4.    That Ms. Leong have and recover from IBM for violations of the California Labor Code, plus interest, costs, and attorneys' fees as allowed by law;

5.    That Ms. Leong be awarded attorneys' fees and costs;

6.    That Ms. Leong be awarded punitive damages; and

7.    That the Court award Ms. Leong such other and further relief as this Court may deem just and proper.

## JURY DEMAND

PLAINTIFF DEMANDS A TRIAL BY JURY.


Respectfully submitted, this the 23rd of February 2021.

/s/ Alex R. Straus
Alex R. Straus (SBN: 321366)
**WHITFIELD BRYSON LLP**
16748 McCormick Street
Los Angeles, CA 91436
Telephone:   917-471-1894
Facsimile:    310-496-3176
alex@whitfieldbryson.com

Matthew E. Lee*
Jeremy R. Williams*
**WHITFIELD BRYSON LLP**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile:  (919) 600-5035
matt@whitfieldbryson.com
jeremy@whitfieldbryson.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Toby J. Marshall*
Brittany J. Glass*
**TERRELL MARSHALL LAW GROUP, PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile:  (206) 319-5450
tmarshall@terrellmarshall.com
bglass@terrellmarshall.com

*Counsel for Plaintiff*

* motion for admission *pro hac vice* forthcoming