# EXHIBIT B
# REDACTED VERSION

**Jeffery Steen**

| | |
|---|---|
| **From:** | Matthew Lee <mlee@milberg.com> |
| **Sent:** | Wednesday, September 14, 2022 5:04 PM |
| **To:** | Barnes, Justin R. (Atlanta) |
| **Subject:** | Re: Leong |

Ok thanks for the heads up.

**Matthew E. Lee**
Cell: 919.618.5216
www.milberg.com

---

**From:** Justin Barnes <Justin.Barnes@jacksonlewis.com>
**Date:** Wednesday, September 14, 2022 at 4:53 PM
**To:** Matthew Lee <mlee@milberg.com>
**Subject:** Leong

Matt,

According to my calenda, just wanted to give you a heads up.

 **Justin Barnes**
Attorney at Law

**Jackson Lewis P.C.**
171 17th Street, NW
Suite 1200
Atlanta, GA 30363
Direct: (404) 586-1809 | Main: (404) 525-8200
Justin.Barnes@jacksonlewis.com | www.jacksonlewis.com