# EXHIBIT C
# REDACTED VERSION

# Jeffery Steen

| | |
|---|---|
| **From:** | Jeremy Williams <jwilliams@milberg.com> |
| **Sent:** | Friday, September 30, 2022 5:21 PM |
| **To:** | Barnes, Justin R. (Atlanta) |
| **Cc:** | Matthew Lee |
| **Subject:** | Re: Leong ███ |

███

Jeremy Williams
Main: 919-600-5000
Cell: 302-381-8321
www.milberg.com


On Sep 30, 2022, at 5:14 PM, Barnes, Justin R. (Atlanta) <Justin.Barnes@jacksonlewis.com> wrote:

You heard from me, ███.  If you feel the need to file something with the court before then that's up to you.


## Justin Barnes
Attorney at Law

**Jackson Lewis P.C.**
171 17th Street, NW
Suite 1200
Atlanta, GA 30363
Direct: (404) 586-1809 | Main: (404) 525-8200
Justin.Barnes@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Jeremy Williams <jwilliams@milberg.com>
**Sent:** Friday, September 30, 2022 5:12 PM
**To:** Barnes, Justin R. (Atlanta) <Justin.Barnes@jacksonlewis.com>
**Cc:** Matthew Lee <mlee@milberg.com>
**Subject:** Re: Leong ███

**[EXTERNAL SENDER]**

Can we hear from you or do we need to go to the court to enforce the settlement agreement? Nelly is quite frustrated, understandably so.

Jeremy Williams
Main: 919-600-5000
Cell: 302-381-8321
www.milberg.com

1

On Sep 29, 2022, at 4:59 PM, Jeremy Williams <jwilliams@milberg.com> wrote:

If it's been fixed, █████████████████████████████████████.

Jeremy Williams
Main:  919-600-5000
Cell:  302-381-8321
www.milberg.com

On Sep 29, 2022, at 4:49 PM, Barnes, Justin R. (Atlanta) <Justin.Barnes@jacksonlewis.com> wrote:

I'm sorry for the delay.  There was a delay internally ████████ ████.  The issue has been fixed though. ████████████ ████.

### Justin Barnes
Attorney at Law

**Jackson Lewis P.C.**
171 17th Street, NW
Suite 1200
Atlanta, GA 30363
Direct: (404) 586-1809 | Main: (404) 525-8200
Justin.Barnes@jacksonlewis.com | www.jacksonlewis.com

**From:** Jeremy Williams <jwilliams@milberg.com>
**Sent:** Thursday, September 29, 2022 2:15 PM
**To:** Barnes, Justin R. (Atlanta) <Justin.Barnes@jacksonlewis.com>
**Cc:** Matthew Lee <mlee@milberg.com>
**Subject:** Re: Leong ██████

**[EXTERNAL SENDER]**

Justin – Any update? Unsurprisingly, there's quite a bit of frustration on our end that IBM has missed its deadline by 11 days.

Jeremy Williams
Main:  919-600-5000
Cell:  302-381-8321
www.milberg.com

**From:** Jeremy Williams <jwilliams@milberg.com>
**Date:** Tuesday, September 27, 2022 at 10:03 PM
**To:** Barnes, Justin R. (Atlanta) <Justin.Barnes@jacksonlewis.com>
**Cc:** Matthew Lee <mlee@milberg.com>
**Subject:** Re: Leong ▮▮▮

I hope trial is going well, were you able to get an update on the status of ▮▮▮ ?

**Jeremy Williams**
Main:  919-600-5000
Cell:  302-381-8321
www.milberg.com

---

**From:** Barnes, Justin R. (Atlanta) <Justin.Barnes@jacksonlewis.com>
**Date:** Tuesday, September 27, 2022 at 8:24 AM
**To:** Jeremy Williams <jwilliams@milberg.com>
**Cc:** Matthew Lee <mlee@milberg.com>
**Subject:** Re: Leong ▮▮▮

Sorry Jeremy, I'm in trial this week, but I'll check tonight after trial.

<image001.png>   **Justin Barnes**
Attorney at Law

**Jackson Lewis P.C.**
171 17th Street, NW
Suite 1200
Atlanta, GA 30363
Direct: (404) 586-1809 | Main: (404) 525-8200
Justin.Barnes@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Jeremy Williams <jwilliams@milberg.com>
**Sent:** Monday, September 26, 2022 5:11:40 PM
**To:** Barnes, Justin R. (Atlanta) <Justin.Barnes@jacksonlewis.com>
**Cc:** Matthew Lee <mlee@milberg.com>
**Subject:** Leong ▮▮▮

**[EXTERNAL SENDER]**

Justin - do you have an update on the status of the Leong ▮▮▮ ?

Jeremy Williams
Main:  919-600-5000
Cell:  302-381-8321
www.milberg.com

3